# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KATHERINE MABRY KLEINPETER

VERSUS

ZACHARY ALLEN RUNGE
KLEINPETER

NO.   2021 CW 0866

**AUGUST 04, 2021**

---

In Re:   Zachary Allen Runge Kleinpeter, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-12866 c/w 2020-12620.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT